Andrew E. Smyth (SBN 60030)
Stephen S. Smyth (SBN 248433)
William J. Smyth (SBN 265374)
**SW SMYTH LLP**
4929 Wilshire Boulevard, Suite 690
Los Angeles, California 90010
Telephone: (323) 933-8401
Facsimile: (323) 933-6089
office@smythlo.com

Attorneys for Debtor(s)
Wayne L. Borders

**FILED & ENTERED**

SEP 28 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

<u>NOT FOR PUBLICATION</u>

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>WAYNE L. BORDERS,<br><br>    Debtor(s). | CHAPTER 7<br>BK. No.: 2:16-bk-21495-RK<br><br>**ORDER GRANTING DEBTOR WAYNE L. BORDERS'S APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST ~~WELLS FARGO BANK, N.A., FIDELITY NATIONAL TITLE COMPANY,~~ MORTGAGE LENDER SERVICERS, INC., ~~AND THE UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT~~**<br><br>Judge:    The Honorable Robert Kwan |

///

///

1

On September 14, 2016, Debtor Wayne L. Borders (the "Debtor") filed an Application for an Order to Show Cause As to Why Wells Fargo Bank, N.A. ("Wells Fargo"), Fidelity National Title Company ("Fidelity"), Mortgage Lender Services, Inc., and the United States Secretary of Housing and Urban Development ("HUD") Should Not Be Held in Contempt for Violation of the Automatic Stay and Order Them to Pay Compensatory and Punitive Damages (the "Application") as docket entry 12.

The Court having read the Application and supporting evidence and upon good cause shown,

IT IS HEREBY ORDERED that ~~Wells Fargo Bank, N.A. ("Wells Fargo"), Fidelity National Title Company ("Fidelity"),~~ Mortgage Lender Services, Inc., ~~and the United States Secretary of Housing and Urban Development ("HUD") are~~ **is** hereby Ordered to file a written explanation, if any, ~~was~~ to why ~~they~~ **it** should not be held in civil contempt for ~~their~~ **its** knowing violation of the automatic stay. Said written explanation shall be filed and served no later than November 23, 2016.

IT IS FURTHER ORDERED that the Debtor serve respondent Mortgage Lender Services, Inc., with copies of this order and the Application no later than October 7, 2016.

IT IS FURTHER ORDERED that ~~Wells Fargo Bank, N.A. ("Wells Fargo"), Fidelity National Title Company ("Fidelity"),~~ Mortgage Lender Services, Inc., ~~and the United States Secretary of Housing and Urban Development ("HUD")~~ appear on November 30, 2016 at 2:00 p.m. in Courtroom 1675 of the above entitled Court located at 255 E. Temple Street, Los Angeles, CA 90012 and to show cause why ~~they~~ **it** should not be held in civil contempt.

//

//

IT IS FURTHER ORDERED that ~~Wells Fargo Bank, N.A. ("Wells Fargo"), Fidelity National Title Company ("Fidelity"),~~ Mortgage Lender Services, Inc., ~~and the United States Secretary of Housing and Urban Development ("HUD")~~ show cause at the above time and place as to why compensatory attorney fees and costs in the amount of $1,165.10 should not be imposed against ~~them~~ **it** because of ~~their~~ **its** willful breach of the automatic stay.

**The court declines to order the other parties named as respondents to show cause because the evidence in support of the Application is insufficient to establish a prima facie case that such parties knew about the bankruptcy case and the automatic stay to have acted in violation of stay and to be held in civil contempt, and thus, does not establish good cause to issue the order to show cause as to them. Specifically, William Smith's declaration offered in support of the Application that respondents "knew" of the stay is based on his conversation with a representative of respondent Mortgage Lender Services, Inc., and no one else, and thus, it appears that the Debtor's request for ordering the other respondents to show cause is based on the unsupported factual assumption that she notified the other respondents, which assumption at this point of time is mere conjecture.**

IT IS SO ORDERED

###

Date: September 28, 2016

_____
Robert Kwan
United States Bankruptcy Judge

3